IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, on behalf of himself and others similarly situated, | : : : : | CIVIL ACTION FILE NO. 23-1698-KSM |
| Plaintiff, | : : | |
| v. | : : | |
| NANDYPROTECTINGFAMILIES LLC AND ETHOS TECHNOLOGIES INC. | : : : : | |
| Defendants. | : : | |

**PLAINTIFF STATUS REPORT WITH
RESPECT TO NANDYPROTECTINGFAMILIES LLC**

Counsel for the Plaintiff is submitting this status report pursuant to the Court's directive during the Court's recent status hearing with respect to the motion to compel the discovery responses of NandyProtectingFamilies LLC. The Plaintiff can report that the parties have reached an agreement on the issues raised in the motion.

RESPECTFULLY SUBMITTED AND DATED this October 13, 2023.

/s/ *Anthony I. Paronich*
Anthony I. Paronich,
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I electronically filed the foregoing through CM/ECF.

 /s/ *Anthony I. Paronich*

Anthony I. Paronich