IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON, on behalf of himself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 23-1698-KSM |
| Plaintiff, | : : | |
| v. | : : | |
| NANDYPROTECTINGFAMILIES LLC AND ETHOS TECHNOLOGIES INC. | : : : | |
| Defendants. | : : | |

## STATUS REPORT

The parties are submitting this status report in response to the Court's November 1, 2023 Order. Ethos Technologies Inc. and the Plaintiff are prepared to submit a Stipulation of Dismissal with Prejudice regarding the Plaintiff's claims against Ethos Technologies Inc. only, a draft of which counsel for Ethos circulated yesterday. However, counsel for NandyProtectingFamilies LLC has not yet obtained consent from their client to file such a stipulation. As such, counsel for NandyProtectingFamilies LLC ("Nandy") asked the parties to instead submit this status report. If a stipulation dismissing Ethos with prejudice is not filed by November 11, 2023, counsel for Nandy will submit a supplemental status report to the Court by such date.

RESPECTFULLY SUBMITTED AND DATED this November 3, 2023.

Signatures:

/s/ *Anthony I. Paronich*
Anthony I. Paronich,
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com

*Attorneys for Plaintiff*

*/s/ Austin Evans*
Austin Evans (PA Bar No. 201152)
King & Spalding LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel.: 512-457-2069
aevans@kslaw.com

*Attorney for Defendant, Ethos Technologies Inc.*

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg
Weisberg Law
7 S. Morton Ave.
Morton, PA 19070
Tel.: 610-690-0801
mweisberg@weisberglawoffices.com

*Attorney for Defendant, NandyProtectingFamilies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2023, I electronically filed the foregoing through CM/ECF.

                          /s/ *Anthony I. Paronich*
                          Anthony I. Paronich