IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON, on behalf of himself and others similarly situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>NANDYPROTECTINGFAMILIES, LLC AND ETHOS TECHNOLOGIES INC.<br><br>                      Defendants. | Case No. 2:23-cv-01698-KSM |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by Plaintiff James Everett Shelton, on behalf of himself and others similarly situated, are dismissed with prejudice as to Defendant, Ethos Technologies Inc. only, with each party bearing its own attorneys' fees, costs, and expenses.

Dated: November 16, 2023          */s/ Austin Evans*
                                                          Austin Evans (PA Bar No. 201152)
                                                          King & Spalding LLP
                                                          500 W. 2nd Street, Suite 1800
                                                          Austin, TX 78701
                                                          Tel.: 512-457-2069
                                                          aevans@kslaw.com

                                                          *Attorney for Defendant, Ethos Technologies Inc.*

Dated: November 16, 2023         /s/ Anthony Paronich
                                                   Anthony I. Paronich (admitted *pro hac vice*)
                                                   Paronich Law, P.C.
                                                   350 Lincoln Street, Suite 2400
                                                   Hingham, MA 02043
                                                   Tel.: 508-221-1510
                                                   anthony@paronichlaw.com

                                                 *Attorney for Plaintiff*

Dated: November 16, 2023         /s/ Matthew B. Weisberg, Esq.
                                                 Matthew B. Weisberg
                                                 Weisberg Law
                                                 7 S. Morton Ave.
                                                 Morton, PA 19070
                                                 Tel.: 610-690-0801
                                                 mweisberg@weisberglawoffices.com

                                                 *Attorney for Defendant*
                                                 *NandyProtectingFamilies, LLC*

**IT IS SO ORDERED.**

Dated: November 17, 2023

                                                 /s/ Karen Spencer Marston

                                                 KAREN SPENCER MARSTON, J.