**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES EVERETT SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NANDYPROTECTINGFAMILIES LLC<br><br>Defendant. | Case No. 23-1698-KSM<br><br>**JURY TRIAL DEMANDED** |

**ENTRY OF APPEARANCE**

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this December 11, 2023.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*