IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON          :           CIVIL ACTION

         v.                 :           NO. 23-cv-1698

                                       :

NANDYPROTECTINGFAMILIES LLC et al

## **MOTION AND ORDER**

       AND NOW, this  17th   day of January, 2024 , the Court having received an email request from Defendant(s) to reschedule the settlement conference, it is ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.

BY THE COURT:

 _/s/ Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE