# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANDYPROTECTINGFAMILIES LLC et al | : | NO. 23-cv-1698 |
| | : | |

**O R D E R**

AND NOW this 1st day of February 2024, it is hereby **ORDERED** that the settlement conference in the above-captioned matter, has been rescheduled to **February 14, 2024 at 2:00 p.m.** All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

*/s/Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE