IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** | : |
| | : Civil Action No. 2:23-CV-01698 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **NANDYPROTECTINGFAMILIES LLC,** et al | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Gary Schafkopf, Esquire on behalf of Defendant, Nandyprotectingfamilies LLC in regards to the above-referenced matter.

**SCHAFKOPF LAW LLC**

*/s/ Gary Schafkopf*
Gary Schafkopf, Esq, Attorney ID 83362
Schafkopf Law LLC
11 Bala Ave
Bala Cynwyd PA 19004
Telephone: 610-664-5200
Fax: 888-283-1334
*Attorney for Defendant*
*Nandyprotectingfamilies LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** | : |
| | : |
| | : Civil Action No. 2:23-CV-01698 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **NANDYPROTECTINGFAMILIES LLC,** et al | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Gary Schafkopf Esquire, hereby certify that on this 8th day of February 2024, a true and correct copy of the foregoing Appearance was served via e-filing on all counsel of record.

**SCHAFKOPF LAW LLC**

*/s/ Gary Schafkopf*
Gary Schafkopf, Esq, Attorney ID 83362
Schafkopf Law LLC
11 Bala Ave
Bala Cynwyd PA 19004
Telephone: 610-664-5200
Fax: 888-283-1334
*Attorney for Defendant*
*Nandyprotectingfamilies LLC*