# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES EVERETT SHELTON | : | CIVIL ACTION |
| v. | : | |
| NANDYPROTECTINGFAMILIES LLC, et al | : | NO. 23-cv-1698 |

**O R D E R**

AND NOW this 14th day of February 2024, upon notification by counsel that the above-captioned matter has been settled, it is hereby **ORDERED** that the matter is marked **SETTLED** and **CLOSED** for statistical purposes.

This court specifically retains jurisdiction until all terms of the settlement agreement are complete.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE