IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> **NANDYPROTECTINGFAMILIES, LLC, et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 23-1698-KSM |

## ORDER

**AND NOW**, this 12th day of April, 2024, the parties having informed the Court that they have settled this matter and that their settlement is finalized; accordingly, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE** pursuant to agreement of counsel without costs pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court; and

2. The Clerk of Court shall mark this matter as **CLOSED**.[1]

BY THE COURT:

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.

---

[1] This matter was previously closed for statistical purposes pursuant to an Order from Magistrate Judge Wells. (Doc. No. 51.) Now that the parties have informed the Court that their settlement is complete, this matter is dismissed with prejudice.